UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DIANE LACADIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-101-B-W |
| | ) | |
| TOWN OF MILFORD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AFFIRMING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 1, 2008, her Recommended Decision. The Plaintiff filed her objections to the Recommended Decision on May 12, 2008, and the Defendant filed its Response to those objections on May 16, 2008. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Town of Milford's motion for summary judgment (Docket # 11) is hereby GRANTED on all counts.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of June, 2008